UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 07-mg-6025-01 (WDLA)** |
| | **MAGISTRATE JUDGE METHVIN** |
| **VERSUS** | |
| | **CRIMINAL NO.  07-3024 (MDTN)** |
| **JOSÉ ERNESTO ALFARO-CORREAS** | |

### ORDER OF DETENTION OF MATERIAL WITNESSES

A hearing was held on October 16, 2007, pursuant to 18 U.S.C. §3144 on the release or detention of material witness **JOSÉ ERNESTO ALFARO-CORREAS**. The government moved for detention.  For the reasons set out below, the undersigned concludes that the material witness **JOSÉ ERNESTO ALFARO-CORREAS** should be detained pending his appearance at trial, or until otherwise released from custody.

### WRITTEN STATEMENT OF REASONS FOR DETENTION

Material witnesses are entitled to bail under broader circumstances than those which apply to criminal defendants.  The applicable provision states as follows:

> **§ 3144. Release or detention of a material witness**
>
> If it appears from an affidavit filed by a party that the testimony of a person is material in a criminal proceeding, and if it is shown that it may become impracticable to secure the presence of the person by subpoena, a judicial officer may order the arrest of the person and treat the person in accordance with the provisions of section 3142 of this title. *No material witness may be detained because of inability to comply with any condition of release if the testimony of such witness can adequately be secured by deposition, and if further detention is not necessary to prevent a failure of justice.*  Release of a material witness may be delayed for a reasonable period of time until the deposition of the witness can be taken pursuant to the Federal Rules of Criminal Procedure.

Title 18 U.S.C. §3144 (emphasis supplied).

2

Alfaro-Correas is a foreign national who has been processed for deportation to El Salvardor by U. S. Immigration and Customs Enforcement. He has been housed at a detention facility at Oakdale, Louisiana. In light of the deportation proceedings, there is a serious risk that the witnesses will flee if released on bond.

The government has established probable cause to believe that Alfaro-Correas has material information regarding the La Mara Salvatrucha (MS-13) street gang which operates in the Nashville metropolitan area. At least ten alleged members of MS-13 have been named in a RICO indictment pending in the Middle District of Tennessee, captioned as <u>United States v. Oscar Serrano</u>, Cr. No. 3:07-00005. Counsel advised that this matter is set for trial in April 2008.

I find that the credible testimony and information submitted at the hearing establishes by a preponderance of the evidence: (1) that the witness is illegally within the country and has no ties to this district or the Middle District of Tennessee; (2) that the witness is subject to deportation and/or exclusion by the immigration authorities; and (3) the witness is subject to a detainer if released.

The witness  (√) waived ( ) did not waive   a detention hearing.

## DIRECTIONS REGARDING DETENTION

**IT IS ORDERED** that the witness is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The witness shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government,

3

the person in charge of the correction facility shall deliver the witnesses to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS FURTHER ORDERED** that counsel for the government shall comply with the biweekly reporting requirements contained in F.R.Cr.P. 46(h)(2), which provides as follows:

> **(h) Supervising Detention Pending Trial.**
>
> \* \* \*
>
> **(2) Reports.** An attorney for the government must report biweekly to the court, listing each material witness held in custody for more than 10 days pending indictment, arraignment, or trial. For each material witness listed in the report, *an attorney for the government must state why the witness should not be released with or without a deposition being taken under Rule 15(a).*

Signed at Lafayette, Louisiana, on October 17, 2007.

_____
Mildred E. Methvin
United States Magistrate Judge